Date: 10/05/10        DIVIDENDS REMITTED TO THE COURT      # 15110      Page:

Case Number 09-16710 - CAPERS, JEFFERY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Chase Bank USA,N.A** | 000007 | 139.57 | 3.61 |
| c/o Creditors Bankruptcy Service | | | |
| **P O Box 740933** | | | |
| **Dallas,Tx 75374** | | | |
|    ACCOUNT NO. 3352 | | | |

OK
108

---------- Remittance Total --------------        139.57        3.61

*Richard Baumgart* (signature)

RICHARD A. BAUMGART, Trustee

FILED 2010 OCT -8 PM 2:54 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1        Printed: 10/05/10 02:48 PM     Ver: 16.00